1    ERIC C. SOHLGREN, Bar No. 161710
     ecs@paynefears.com
2    LINDLEY P. FRALEY, Bar No. 223421
     lpf@paynefears.com
3    PAYNE & FEARS LLP
     Attorneys at Law
4    4 Park Plaza, Suite 1100
     Irvine, CA 92614
5    Telephone: (949) 851-1100
     Facsimile: (949) 851-1212
6
     ERIC A. WELTER
7    eaw@welterlaw.com
     WELTER LAW FIRM PC
8    720 Lynn Street, Suite B
     Herndon, VA 20170
9    Telephone: (703) 435-8500
     Facsimile: (703) 435-8851
10
11   Attorneys for Defendant
     7-ELEVEN, INC.
12
13                    UNITED STATES DISTRICT COURT
14            FOR THE SOUTHERN DISTRICT OF CALIFORNIA
15
16
     KIMBERLY ALEKSICK, individually          CASE NO.:  08 CV 0059 J WMc
17   and on behalf of other members of the
     general public similarly situated,
18                                            **ERRATA TO PROOFS OF
          Plaintiffs,                         SERVICE FOR (1) PETITION AND
19                                            NOTICE OF REMOVAL OF
          v.                                  CIVIL ACTION UNDER 28 U.S.C.
20                                            §§ 1332, 1441 AND 1446 AND (2)
     7-ELEVEN, INC., a Texas Corporation,     DECLARATION OF LINDLEY P.
21   MICHAEL TUCKER; an individual; and       FRALEY RE: SERVICE**
     DOES 1-50, Inclusive,
22
          Defendants.
23
24
25
26
27
28

                                                          08 CV 0059 J WMc

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614
(949) 851-1100

1       TO PLAINTIFF KIMBERLY ALEKSICK, AND TO HER

2 ATTORNEYS OF RECORD:

3

4       **NOTICE IS HEREBY GIVEN** that the Proofs of Service to

5 Defendant 7-Eleven, Inc.'s Petition and Notice of Removal of Civil Action Under

6 28 U.S.C. §§ 1332, 1441 and 1446, and to the Declaration of Lindley P. Fraley Re:

7 (1) Service of Petition and Notice of Removal Upon Plaintiff; (2) Filing of Notice to

8 Clerk in Imperial County Superior Court; and (3) Filing of Proofs of Service,

9 erroneously referred to the United States District Court, Central District of

10 California.

11

12       As correctly reflected on the corrected proofs of service attached hereto

13 as Exhibits "A" and "B," all of the other Proofs of Service for Defendant's

14 Removal, and the Notices, Petition, and Declaration filed in support of Defendant's

15 Removal, this case was removed to the United States District Court, Southern

16 District of California.

17

18 DATED: January 18, 2008     PAYNE & FEARS LLP

19

20                 By:      /s/

21                     LINDLEY P. FRALEY

22                 Attorneys for Defendant

23                 7-ELEVEN, INC.

24

25

26

27

28

-2-

08 CV 0059 J WMc