# EXHIBIT B

# PROOF OF SERVICE

*USDC – Southern District - 08 CV 0059 J WMc*
*Alesick vs. 7-Eleven, Inc.*

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to the within action; my business address is Jamboree Center, 4 Park Plaza, Suite 1100, Irvine, CA 92614.

On January 14, 2008, I served the following document(s) described as **DECLARATION RE: (1) SERVICE OF PETITION AND NOTICE OF REMOVAL UPON PLAINTIFF; (2) FILING OF NOTICE TO CLERK IN IMPERIAL COUNTY SUPERIOR COURT; AND (3) FILING OF PROOFS OF SERVICE** on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:

### SEE ATTACHED SERVICE LIST

☒ **(BY U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at Irvine, California.

☐ **(By Personal Service)** I caused to be delivered by hand on the interested parties in this action by placing the above mentioned document(s) thereof in envelope addressed to the office of the addressee(s) listed above or on attached sheet.

☐ **(By Facsimile)** I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), calling for agreement and written confirmation of that agreement or court order, to the number(s) listed above or on attached sheet. Said transmission was reported complete and without error.

☐ **(By Overnight Courier)** served the above referenced document(s) enclosed in a sealed package, for collection and for delivery marked for next day delivery in the ordinary course of business, addressed to the office of the addressee(s) listed above or on attached sheet.

☐ **(By E-Mail)** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 18, 2008, at Irvine, California.

*/s/ Laura Niedringhaus*
LAURA NIEDRINGHAUS

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614
(949) 851-1100

PROOF OF SERVICE                    Exhibit B Page 5

## SERVICE LIST

| | |
|---|---|
| William B. Sullivan, Esq.<br>SULLIVAN & CHRISTIANI, LLP<br>2330 Third Avenue<br>San Diego, CA 92101<br>Tel: (619) 702-6760<br>Fax: (619) 702-6761 | Attorneys For Plaintiff<br>KIMBERLY ALEKSICK |
| Eric A. Welter, Esq.<br>WELTER LAW FIRM, P.C.<br>720 Lynn St., Suite B<br>Herndon, Virginia 20170<br>Tel: (703) 435-8500<br>Fax: (703) 435-8851 | Attorneys for Defendant<br>7-ELEVEN, INC. |
| Paul C. Johnson Jr.<br>BACALSKI & OTTOSON, LLP<br>402 W. Broadway, Fl. 24<br>San Diego, CA 92101<br>Tel: (619) 239-4340<br>Fax: (619) 239-0116 | Attorneys for Defendant<br>Michael Tucker |

381945.1