ERIC C. SOHLGREN, Bar No. 161710
ecs@paynefears.com
LINDLEY P. FRALEY, Bar No. 223421
lpf@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

ERIC A. WELTER
eaw@welterlaw.com
WELTER LAW FIRM PC
720 Lynn Street, Suite B
Herndon, VA 20170
Telephone: (703) 435-8500
Facsimile: (703) 435-8851

Attorneys for Defendant
7-ELEVEN, INC.

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY ALEKSICK, individually and on behalf of other members of the general public similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> 7-ELEVEN, INC., a Texas Corporation, MICHAEL TUCKER; an individual; and DOES 1-50, Inclusive, <br><br> Defendants. | CASE NO. 08 CV 0059 J (WMc) <br> The Hon. Napoleon A. Jones, Jr. <br><br> **NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS BY DEFENDANT 7-ELEVEN, INC. PURSUANT TO RULE 12(C) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND MOTION TO STRIKE** <br><br> Hearing Date: March 3, 2008 <br> Time: 8:30 a.m. <br> Courtroom: 12 <br> Judge: Hon Napoleon A. Jones, Jr. |

DEFENDANT'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS

TO PLAINTIFF KIMBERLY ALEKSICK AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT ON MARCH 3, 2008, AT 8:30 A.M., or as soon thereafter as the matter may be heard in the above-entitled Court located at 940 Front Street, San Diego, California 92101, before the Honorable Napoleon A. Jones, Jr., Defendant 7-Eleven, Inc. ("7-Eleven") will and hereby does move the Court pursuant to Rule 12(c) of the Federal Rules of Civil Procedure for an Order dismissing Plaintiff's First Amended Complaint for failure to state a claim upon which relief may be granted. If the Court does not dismiss the entire First Amended Complaint, 7-Eleven further moves to strike Plaintiff's claim for punitive and exemplary damages pursuant to Rule 12(f) of the Federal Rules of Civil Procedure. The grounds for the instant motion, which are set forth in the accompany memorandum in support and incorporated as if set forth fully herein, include:

1. Plaintiff's First, Second and Third Causes of Action should be dismissed because the California Labor Code provides the exclusive remedy for Plaintiff's alleged injuries.

2. Plaintiff's First, Second and Third Causes of Action should be dismissed because 7-Eleven did not owe Plaintiff a duty of care.

3. Plaintiff's Fourth, Fifth and Sixth Causes of Action should be dismissed because 7-Eleven was not Plaintiff's employer.

4. If the Court dismisses Plaintiff's First, Second and Third Causes of Action, the Court should strike Plaintiff's claim for punitive and exemplary damages because the remaining claims do not support a claim for punitive damages under California law.

**DEFENDANT 7-ELEVEN, INC. REQUESTS ORAL ARGUMENT ON THIS MOTION.**

DEFENDANT'S NOTICE OF MOTION AND MOTION FOR
JUDGMENT ON THE PLEADINGS

This Motion is based on this Notice of Motion and Motion, the attached memorandum of points and authorities and accompanying exhibits, the Declaration of Eric A. Welter, all papers and records on file in this case, all matters in which the Court may properly take judicial notice, and such other evidence and arguments that may be presented at or before the hearing on this motion.

DATED: February 1, 2008          WELTER LAW FIRM, P.C.


By: /s/ Eric A. Welter
    ERIC A. WELTER

Attorneys for Defendant
7-ELEVEN, INC.