ERIC C. SOHLGREN, Bar No. 161710
ecs@paynefears.com
LINDLEY P. FRALEY, Bar No. 223421
lpf@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

ERIC A. WELTER
eaw@welterlaw.com
WELTER LAW FIRM PC
720 Lynn Street, Suite B
Herndon, VA 20170
Telephone: (703) 435-8500
Facsimile: (703) 435-8851

Attorneys for Defendant
7-ELEVEN, INC.

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY ALEKSICK, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>7-ELEVEN, INC., a Texas Corporation, MICHAEL TUCKER; an individual; and DOES 1-50, Inclusive,<br><br>Defendants. | CASE NO. 08 CV 0059 J (WMc)<br><br>The Hon. Napoleon A. Jones, Jr.<br><br>**PROOF OF SERVICE**<br><br>*Document Electronically Filed*<br><br>Hearing Date: March 3, 2008<br>Time: 8:30 a.m.<br>Courtroom: 12 |

I, Lindley P. Fraley, hereby certify that on February 1, 2008, the following documents were *electronically* filed with the Clerk of the Court on behalf of, Defendant 7-Eleven:

PROOF OF SERVICE

1. Notice of Motion and Motion for Judgment on the Pleadings by Defendant 7-Eleven, Inc. pursuant to Rule 12(C) of the Federal Rules of Civil Procedure and Motion to Strike;

2. Memorandum in Support of Defendant 7-Eleven, Inc.'s Motion for Judgment on the Pleadings by Defendant 7-Eleven, Inc. pursuant to Rule 12(C) of the Federal Rules of Civil Procedure and Motion to Strike;

3. Declaration of Eric A. Welter;

4. [Proposed] Order Granting Motion for Judgment on the Pleadings by Defendant 7-Eleven, Inc. pursuant to Rule 12(C) of the Federal Rules of Civil Procedure and Motion to Strike; and

5. Proof of Service.

I further certify that true and correct copies of the foregoing documents along with accompanying exhibits were served via US mail upon:

William B. Sullivan, Esq.
Alison M. Miceli, Esq.
SULLIVAN & CHRISTIANI, LLP
2330 Third Avenue
San Diego, CA 92101

Paul C. Johnson Jr.
Bacalski & Ottoson, LLP
402 W. Broadway, Fl. 24
San Diego, CA 92101

DATED: February 1, 2008        PAYNE & FEARS LLP

By: _____
LINDLEY P. FRALEY
Attorneys for Defendant
7-ELEVEN, INC.

384718.1

-2-
PROOF OF SERVICE