ERIC C. SOHLGREN, Bar No. 161710
ecs@paynefears.com
LINDLEY P. FRALEY, Bar No. 223421
lpf@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

ERIC A. WELTER
eaw@welterlaw.com
WELTER LAW FIRM PC
720 Lynn Street, Suite B
Herndon, VA 20170
Telephone: (703) 435-8500
Facsimile: (703) 435-8851

Attorneys for Defendant
7-ELEVEN, INC.

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY ALEKSICK, individually and on behalf of other members of the general public similarly situated, <br><br>           Plaintiffs, <br><br> v. <br><br> 7-ELEVEN, INC., a Texas Corporation, MICHAEL TUCKER; an individual; and DOES 1-50, Inclusive, <br><br>           Defendants. | CASE NO. 08 CV 0059 J (WMc) <br> The Hon. Napoleon A. Jones, Jr. <br><br> **DECLARATION OF ERIC A. WELTER** <br><br> Hearing Date: March 3, 2008 <br> Time: 8:30 a.m. <br> Courtroom: 12 <br> Judge: Hon. Napoleon A. Jones, Jr. |

I, Eric A. Welter, declare:

1. I am a shareholder with Welter Law Firm, P.C. I was counsel for Defendant 7-Eleven, Inc. in this matter in state court prior to removal *pro hac vice*.

1

1 I am licensed to practice law in the Commonwealth of Virginia and have applied
2 for admission to practice in this case *pro hac vice*. I have personal knowledge of
3 the facts set forth in this Declaration and would be competent to testify to them, if
4 called upon to do so.

5     2. Attached as Exhibit A is a true and correct copy of the franchise
6 agreement between 7-Eleven, Inc. and Michael Tucker dated March 13, 2004, for
7 7-Eleven Store No. 22818. An excerpt from this document is attached to
8 Plaintiff's First Amended Complaint.

9     I declare under penalty of perjury that the foregoing is true and correct.
10 Executed this 1st day of February, 2008, at Herndon, Virginia.

12                                     /s/ Eric A. Welter
13                                     Eric A. Welter

DECLARATION OF ERIC A. WELTER