1  William B. Sullivan [CSB No. 171637]
   Alison M. Miceli [CSB No. 243131]
2  **SULLIVAN & CHRISTIANI, LLP**
   2330 Third Avenue
3  San Diego, California 92101
   (619) 702-6760 * (619) 702-6761 FAX
4

5  Attorneys for Plaintiff KIMBERLY ALEKSICK

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY ALEKSICK, individually and on behalf of other members of the general public similarly situated, | CASE NO. 08-CV-59 |
| | (CLASS ACTION) |
| Plaintiff, | [CORRECTED] CERTIFICATION OF SERVICE |
| v. | *Oral Argument Requested* |
| 7-ELEVEN, INC., a Texas Corporation; MICHAEL TUCKER, an individual; and Does 1 through 50, Inclusive, | *Document Electronically Filed* |
| Defendants. | Date:  March 3, 2008<br>Time:  8:30 a.m.<br>Dept:  12<br>Judge: Hon. Napoleon A. Jones, Jr. |

I, Alison M. Miceli, hereby certify that on January 24, 2008, the following documents were electronically filed with the Clerk of the Court on behalf of Plaintiff KIMBERLY ALEKSICK:

1. Notice of Motion to Remand to State Court;

2. Plaintiff's Memorandum of Points and Authorities in Support of the Motion to Remand to State Court;

3. Declaration of Alison M. Miceli, Esq. in Support of the Motion to Remand to State Court;

4. Notice of Lodgement; and

5. Certificate of Service.

Corrected Certification of Service

I further certify that true and correct copies of the foregoing documents along with accompanying exhibits were served via US mail upon:

          Eric C. Sohlgren, Esq.
          Lindley P. Fraley, Esq.
          Payne & Fears, LLP
          4 Park Plaza, Suite 1100
          Irvine, CA 92614

          Eric A. Welter, Esq.
          Welter Law Firm, P.C.
          720 Lynn Street, Suite B
          Herndon, VA 20170

I further certify that true and correct copies of the foregoing documents along with accompanying exhibits were served via US mail on February 4, 2008 upon:

          Paul C. Johnson, Esq.
          Bacalski & Ottoson, LLP
          402 W. Broadway, 24th Flr.
          San Diego, CA 92101
          Attorney for Michael Tucker

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: February 4, 2008          **SULLIVAN & CHRISTIANI, LLP**

                                                         */s/ Alison M. Miceli*
                                                         William B. Sullivan,
                                                         Alison M. Miceli,
                                                         Attorneys for Plaintiff,
                                                         KIMBERLY ALEKSICK