UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY ALEKSICK, | Case No. 08CV59 J (WMc) |
| Plaintiff, | **ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |
| v. | |
| 7-ELEVEN, INC., et al., | |
| Defendants. | |

On February 11, 2008, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing for Plaintiff was William B. Sullivan. Appearing for Defendants were Eric Welter for Defendant 7-Eleven, Inc., and Douglas Dube for Defendant Tucker.

Settlement could not be reached in the case at this time.

The Court discussed compliance with Fed. R. Civ. P. 26 and based thereon, issues the following orders:

1. Plaintiff's counsel shall notify Judge McCurine's chambers within 48 hours of receiving a ruling on any pending motions before the District Judge;

2. The Rule 26(f) conference shall be completed on or before ***March 11, 2008***;

///

///

3. The Court will hold a *telephonic* Status Conference with all counsel on **March 13, 2008 at 9:15 a.m.** Plaintiff's counsel shall initiate the joint call to the Court at (619) 557-6624;

4. A discovery plan shall be lodged with Magistrate Judge McCurine, Jr. on or before *March 18, 2008.* Regarding each witness, the discovery plan will include the name, most current address, most current phone number, and a brief description of the subject matter of his/her testimony. The discovery plan will also include the anticipated dates for the completion of both non-expert discovery and expert discovery; and,

5. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before *March 25, 2008*;

6. Counsel are ordered to appear *on April 1, 2008* at *3:30 p.m.* in the chambers of United States Magistrate Judge William McCurine, Jr., 940 Front Street, Courtroom C, San Diego, California, 92101, for a Case Management Conference ("CMC") pursuant to Federal Rule of Civil Procedure 16(b). Counsel for 7-Eleven, Inc. may appear at the CMC by telephone.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: February 12, 2008

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

COPY TO:

HONORABLE NAPOLEON A. JONES, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD