1  ERIC C. SOHLGREN, Bar No. 161710
   ecs@paynefears.com
2  LINDLEY P. FRALEY, Bar No. 223421
   lpf@paynefears.com
3  PAYNE & FEARS LLP
   Attorneys at Law
4  4 Park Plaza, Suite 1100
   Irvine, CA 92614
5  Telephone: (949) 851-1100
   Facsimile: (949) 851-1212
6
   ERIC A. WELTER
7  eaw@welterlaw.com
   WELTER LAW FIRM PC
8  720 Lynn Street, Suite B
   Herndon, VA 20170
9  Telephone: (703) 435-8500
   Facsimile: (703) 435-8851
10
11 Attorneys for Defendant
   7-ELEVEN, INC.
12

### UNITED STATES DISTRICT COURT

### FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY ALEKSICK, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>7-ELEVEN, INC., a Texas Corporation, MICHAEL TUCKER; an individual; and DOES 1-50, Inclusive,<br><br>Defendants. | CASE NO. 08 CV 0059 J (WMc)<br>The Hon. Napoleon A. Jones, Jr.<br><br>**DECLARATION OF LARRY BORDERS**<br><br>Hearing Date: March 3, 2008<br>Time: 8:30 a.m.<br>Courtroom: 12<br>Judge: Hon. Napoleon A. Jones, Jr. |

26  / / / /
27  / / / /
28  / / / /

DECLARATION OF LARRY BORDERS

1  I, Larry Borders, declare:

2  1.  I am employed as the Payroll Manager of 7-Eleven, Inc. The information set forth in this declaration is based upon the business records of 7-Eleven, Inc. that are maintained in the regular course of 7-Eleven's business activities. I am the custodian of records for the Payroll Department.

2.  7-Eleven had approximately 1,200 franchise stores in California in 2006. In 2006, 19,346 individuals were on the payroll of our California franchisees.

3.  The payroll information submitted by the franchisee for Store Nos. 22818 and 23229 shows Kimberly Aleksick having worked at both stores between 2005 and 2007. In 2006, Store Nos. 22818 and 23229 had a total of 53 individuals on the payroll.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of February, 2008, at Dallas, Texas.

*[signature]*

Larry Borders

DECLARATION OF LARRY BORDERS