1 | ERIC C. SOHLGREN, Bar No. 161710
2 | ecs@paynefears.com
3 | LINDLEY P. FRALEY, Bar No. 223421
4 | lpf@paynefears.com
5 | PAYNE & FEARS LLP
6 | Attorneys at Law
7 | 4 Park Plaza, Suite 1100
8 | Irvine, CA 92614
9 | Telephone: (949) 851-1100
10 | Facsimile: (949) 851-1212

ERIC A. WELTER
eaw@welterlaw.com
WELTER LAW FIRM PC
720 Lynn Street, Suite B
Herndon, VA 20170
Telephone: (703) 435-8500
Facsimile: (703) 435-8851

Attorneys for Defendant
7-ELEVEN, INC.

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY ALEKSICK, individually and on behalf of other members of the general public similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>7-ELEVEN, INC., a Texas Corporation, MICHAEL TUCKER; an individual; and DOES 1-50, Inclusive,<br><br>　　　　Defendants. | CASE NO. 08 CV 0059 J (WMc)<br>The Hon. Napoleon A. Jones, Jr.<br><br>**DECLARATION OF ERIC A. WELTER**<br><br>Hearing Date: March 3, 2008<br>Time:　　　　8:30 a.m.<br>Courtroom:　　12<br>Judge:　　　Hon. Napoleon A. Jones, Jr. |

　　　　I, Eric A. Welter, declare:

　　　　1.　　I am a shareholder with Welter Law Firm, P.C.  I was counsel for Defendant 7-Eleven, Inc. in this matter in state court prior to removal *pro hac vice*

1  and have been admitted to appear *pro hac vice* before this Court.  I am licensed to
2  practice law in the Commonwealth of Virginia.  I have personal knowledge of the
3  facts set forth in this Declaration and would be competent to testify to them, if
4  called upon to do so.
5       2.    Attached as Exhibit A is a true and correct copy of a letter and
6  proposed First Amended Complaint that our firm received by facsimile on
7  December 13, 2007.
8       3.    Attached as Exhibit B is a true and correct copy of 7-Eleven's Request
9  for Admissions to Defendant Michael Tucker in the state court action.
10      4.    Attached as Exhibit C is a true and correct copy of Defendant
11 Tucker's responses to 7-Eleven's request for admissions in the state court action.
12     I declare under penalty of perjury that the foregoing is true and correct.
13     Executed this 15th day of February, 2008, at Herndon, Virginia.
14
15                                           /s/ Eric A. Welter
16                                           Eric A. Welter
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF ERIC A. WELTER