Case 3:08-cv-00059-WQH-WMC    Document 15-3    Filed 02/15/2008    Page 1 of 2



ORIGINAL

1  William B. Sullivan [CSB No. 171637]
   Alison M. Miceli [CSB No. 243131]
2  SULLIVAN & CHRISTIANI, LLP
   2330 Third Avenue
3  San Diego, California 92101
   (619) 702-6760 * (619) 702-6761 FAX
4

5  Attorneys for Plaintiff KIMBERLY ALEKSICK

6

7

8                UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY ALEKSICK, individually and on behalf of other members of the general public similarly situated, | CASE NO. 08-CV-59 |
| | (CLASS ACTION) |
| Plaintiff, | DECLARATION OF KIMBERLY ALEKSICK IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS |
| v. | |
| 7-ELEVEN, INC., a Texas Corporation; MICHAEL TUCKER, an individual; and DOES 1-50, Inclusive, | *Oral Argument Requested* |
| | *Document Electronically Filed* |
| Defendants | Date:      March 3, 2008 |
| | Time:      8:30 a.m. |
| | Dept.:     12 |
| | Judge:     Hon. Napoleon A. Jones, Jr. |

I, Kimberly Aleksick, declare as follows:

1.  I am the Plaintiff in the above-captioned matter. I am personally familiar with the facts set forth in this Declaration, and I make this Declaration based on my personal knowledge and if called to testify, I could and would do so competently.

2.  I have never seen the Franchise Agreement which was attached to Defendant 7-Eleven's Motion for Judgment on the Pleadings.

DECLARATION OF KIMBERLY ALEKSICK

Z:\Data\e329\Pldgs\Oppo MJP\Declaration Kim Aleksick.wpd

3. Since I have never seen the Franchise Agreement, I cannot say that it is a true and correct copy.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 11th day of February 2008.

/s/ Kimberly Aleksick
_____
Kimberly Aleksick
Declarant