**ORIGINAL**

1  William B. Sullivan [CSB No. 171637]
   Alison M. Miceli [CSB No. 243131]
2  **SULLIVAN & CHRISTIANI, LLP**
   2330 Third Avenue
3  San Diego, California 92101
   (619) 702-6760 * (619) 702-6761 FAX
4

5  Attorneys for Plaintiff KIMBERLY ALEKSICK

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10 | KIMBERLY ALEKSICK, individually and  ) CASE NO. 08-CV-59
   | on behalf of other members of the general )
11 | public similarly situated,            ) (CLASS ACTION)
                                           )
12 |                                        ) NOTICE OF LODGEMENT
   |             Plaintiff,                 )
13 |       v.                               ) *Oral Argument Requested*
                                            )
14 |                                        ) *Document Electronically Filed*
                                            )
15 | 7-ELEVEN, INC., a Texas Corporation;   ) Date:     March 3, 2008
   | MICHAEL TUCKER, an individual; and    ) Time:     8:30 a.m.
16 | DOES 1-50, Inclusive,                 ) Dept.:    12
                                            ) Judge:    Hon. Napoleon A. Jones, Jr.
17 |            Defendants                  )
                                            )
18                                          )
                                            )
19  _____

20

21

22

23

24

25

26

27

28

                                                              Notice of Lodgement

Z:\Data\6329\Pldgs\Oppo MJP\Notice of Lodgment.wpd

1  TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Plaintiff KIMBERLY ALEKSICK hereby lodges the following document, in opposition to 7-ELEVEN's Motion for Judgment on the Pleadings, as follows:

Exhibit "A" -   A true and correct copy of two pages (2) of the "Franchise Agreement."

February 15, 2008

**SULLIVAN & CHRISTIANI, LLP**

/s/ Alison M. Miceli

William B. Sullivan,
Alison M. Miceli,
Attorneys for Plaintiff,
KIMBERLY ALEKSICK