**ORIGINAL**

1  William B. Sullivan [CSB No. 171637]
   Alison M. Miceli [CSB No. 243131]
2  **SULLIVAN & CHRISTIANI, LLP**
   2330 Third Avenue
3  San Diego, California 92101
   (619) 702-6760 * (619) 702-6761 FAX
4

5  Attorneys for Plaintiff KIMBERLY ALEKSICK

6

7

8                UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY ALEKSICK, individually and on behalf of other members of the general public similarly situated, | CASE NO. 08-CV-59 |
| | (CLASS ACTION) |
| Plaintiff, | CERTIFICATION OF SERVICE |
| v. | *Oral Argument Requested* |
| | *Document Electronically Filed* |
| 7-ELEVEN, INC., a Texas Corporation; MICHAEL TUCKER, an individual; and Does 1 through 50, Inclusive, | Date: March 3, 2008 |
| | Time: 8:30 a.m. |
| Defendants. | Dept: 12 |
| | Judge: Hon. Napoleon A. Jones, Jr. |

I, Alison M. Miceli, hereby certify that on February 15, 2008, the following documents were electronically filed with the Clerk of the Court on behalf of Plaintiff KIMBERLY ALEKSICK:

1. Memorandum of Points and Authorities in support of Plaintiff's Opposition to 7-ELEVEN's Motion for Judgment on the Pleadings;

2. Declaration of Kimberly Aleksick in support of Plaintiff's Opposition to 7-ELEVEN's Motion for Judgment on the Pleadings;

3. Declaration of William B. Sullivan, Esq. in support of Plaintiff's Opposition to 7-ELEVEN's Motion for Judgment on the Pleadings;

4. Evidentiary Objections;

5. Notice of Lodgement; and

6. Certificate of Service.

I further certify that true and correct copies of the foregoing documents along with accompanying exhibits were served via US mail upon:

> Eric C. Sohlgren, Esq.
> Lindley P. Fraley, Esq.
> Payne & Fears, LLP
> 4 Park Plaza, Suite 1100
> Irvine, CA 92614

> Eric A. Welter, Esq.
> Welter Law Firm, P.C.
> 720 Lynn Street, Suite B
> Herndon, VA 20170

> Paul C. Johnson, Esq.
> Bacalski & Ottoson, LLP
> 402 W. Broadway, 24th Flr.
> San Diego, CA 92101
> Attorney for Michael Tucker

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: February 15, 2008

SULLIVAN & CHRISTIANI, LLP

*Alison M. Miceli*
William B. Sullivan,
Alison M. Miceli,
Attorneys for Plaintiff,
KIMBERLY ALEKSICK