A. DANIEL BACALSKI, JR. (SBN 56488)
email: DBacalski@bodlawfirm.com
DOUGLAS A. DUBÉ (SBN 177674)
email: DDube@bodlawfirm.com
**BACALSKI, OTTOSON & DUBÉ LLP**
402 West Broadway, 24th Floor
PO Box 120270
San Diego, CA 92112-0270
(619) 239-4340/FAX: (619) 239-0116

Attorneys for Defendant:
MICHAEL TUCKER

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY ALEKSICK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> 7-ELEVEN, INC., et al., <br><br> Defendants. | CASE NO. 08-CV-00059 -J-WMC <br><br> **NOTICE OF CHANGE OF HANDLING ATTORNEY** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Paul C. Johnson, Jr. is leaving Bacalski, Ottoson & Dubé LLP, attorneys of record for Defendant Michael Tucker, effective February 23, 2008. Consequently, responsibility for handling the above-captioned matter is transferred to Douglas A. Dubé, Esq., whose contact information is set forth in the caption.

DATED: February 19, 2008              BACALSKI, OTTOSON & DUBÉ LLP

                                  By:   s/Douglas A. Dubé
                                        DOUGLAS A. DUBÉ
                                        A. DANIEL BACALSKI, JR.
                                        Attorneys for Defendant MICHAEL TUCKER
                                        E-Mail: DDube@bodlawfirm.com