A. DANIEL BACALSKI, JR. (SBN 56488)
email: dbacalski@bodlawfirm.com
DOUGLAS A. DUBÉ (SBN 177674)
email: DDube@bodlawfirm.com
**BACALSKI, OTTOSON & DUBÉ LLP**
402 West Broadway, 24th Floor
PO Box 120270
San Diego, CA 92112-0270
(619) 239-4340/FAX: (619) 239-0116

Attorneys for Defendant:
MICHAEL TUCKER

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY ALEKSICK, et al., | CASE NO. 08-CV-00059 -J-WMC |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| 7-ELEVEN, INC., et al., | |
| Defendants. | |

I declare that: I am over the age of 18 years and not a party to the action. I am employed in the County of San Diego, California; where the mailing occurs; and my business address is 402 West Broadway, 24th Floor, San Diego, California 92101. I further declare that I am familiar with the United States District Court, Southern District of California's practice for collection and processing electronic filings. Under that practice, documents are electronically filed with the Court. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/EDF user constitutes consent to the electronic service through the Court's transmission facilities.

/ / /

/ / /

Under said practice, on February 19, 2008, I caused to be served **NOTICE OF CHANGE OF HANDLING ATTORNEY** on the parties listed below via CM/ECF:

| | |
|---|---|
| WILLIAM B. Sullivan, Esq.<br>SULLIVAN & CHRISTIANI, LLP<br>2330 Third Avenue<br>San Diego, CA 92101<br>(619) 702-6760<br>Fax: (619) 702-6761 | Counsel for Plaintiff, KIMBERLY ALEKSICK |
| Lindley P. Fraley<br>Eric C. Sohlgren, Esq.<br>Payne & Fears LLP<br>4 Park Plaza<br>Suite 1100<br>Irvine, CA 92614<br>(949)851-1100<br>Fax: (949)851-1212<br>Email: lpf@paynefears.com | Counsel for Defendant, 7-ELEVEN, INC. |

and further that I am readily familiar with the business practice for collection and processing of correspondence for sending via United States Postal Service pursuant to which the correspondence will be deposited with the U.S. Postal Service this same day in the ordinary course of business and that on February 19, 2008, I caused to be served the same documents listed above, by placing a copy thereof in a separate envelope addressed as follows:

| | |
|---|---|
| Eric A. Welter, Esq.<br>WELTER LAW FIRM, P.C.<br>720 Lynn Street, Suite "B"<br>Herndon, VA 20170<br>(703) 435-8500<br>Fax: (703) 435-8851 | Co-Counsel for Defendant, 7-ELEVEN |

I caused such envelope to be deposited in the mail at San Diego, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on February 19, 2008, at San Diego, California.    *Marsha L. Johnson*
                                                                                         Marsha L. Johnson