ERIC C. SOHLGREN, Bar No. 161710
ecs@paynefears.com
LINDLEY P. FRALEY, Bar No. 223421
lpf@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

ERIC A. WELTER
eaw@welterlaw.com
WELTER LAW FIRM PC
720 Lynn Street, Suite B
Herndon, VA 20170
Telephone: (703) 435-8500
Facsimile: (703) 435-8851

Attorneys for Defendant
7-ELEVEN, INC.

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY ALEKSICK, individually and on behalf of other members of the general public similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>7-ELEVEN, INC., a Texas Corporation, MICHAEL TUCKER; an individual; and DOES 1-50, Inclusive,<br><br>    Defendants. | CASE NO. 08 CV 0059 J  (WMc)<br>The Hon. William Q. Hayes<br><br>**DECLARATION OF ERIC A. WELTER**<br><br>Hearing Date: March 3, 2008<br>Time:           8:30 a.m.<br>Courtroom:   4<br>Judge:         Hon. William Q. Hayes<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

/ / / /

1

DECLARATION OF ERIC A. WELTER

1       I, Eric A. Welter, declare:

2       1.      I am a shareholder with Welter Law Firm, P.C.  I was counsel for

3   Defendant 7-Eleven, Inc. in this matter in state court prior to removal *pro hac vice*.

4   I am licensed to practice law in the Commonwealth of Virginia and have applied

5   for admission to practice in this case *pro hac vice*.  I have personal knowledge of

6   the facts set forth in this Declaration.

7       2.      Attached as Exhibit A is a true and correct copy of a letter dated

8   June 1, 2007, from Eric C. Sohlgren, local counsel for Defendant 7-Eleven, to

9   William B. Sullivan, counsel for Plaintiff, in which 7-Eleven provided

10  Mr. Sullivan with a copy of its franchise agreement with Defendant Tucker.

11      3.      Attached as Exhibit B are true and correct copies of documents

12  produced by 7-Eleven in discovery to counsel for Plaintiff in connection with

13  Defendant 7-Eleven, Inc.'s Responses and Objections to Plaintiff's Request for

14  Production of Documents, Set Two (Bates Nos. 7-ELEVEN-00241 to

15  7-ELEVEN-00420), in which 7-Eleven produced to Plaintiff a complete copy of its

16  franchise agreement with Defendant Tucker.

17      4.      Attached as Exhibit C are true and correct copies of documents

18  produced by 7-Eleven in discovery to counsel for Plaintiff in connection with

19  Defendant 7-Eleven, Inc.'s Responses and Objections to Plaintiff's Request for

20  Production of Documents, Set Two (Bates Nos. 7-ELEVEN-00421,

21  7-ELEVEN-00529 to 7-ELEVEN-00571), which include a copy of 7-Eleven's

22  franchise agreement from the 2007 California Uniform Franchise Offering

23  Circular.

24      5.      Attached as Exhibit D are true and correct copies of documents

25  produced by 7-Eleven in discovery to counsel for Plaintiff in connection with

26  Defendant 7-Eleven, Inc.'s Responses and Objections to Plaintiff's Request for

27  Production of Documents, Set Two (Bates Nos. 7-ELEVEN-00851,

28  7-ELEVEN-00959 7-ELEVEN-00974) which include a copy of 7-Eleven's

2

DECLARATION OF ERIC A. WELTER

1    franchise agreement from the 2003 California Uniform Franchise Offering

2    Circular.

3           6.      Attached as Exhibit E are true and correct copies of documents

4    produced by 7-Eleven in discovery to counsel for Plaintiff in connection with

5    Defendant 7-Eleven, Inc.'s Responses and Objections to Plaintiff's Request for

6    Production of Documents, Set Two (Bates Nos. 7-ELEVEN-01250,

7    7-ELEVEN-01354 to 7-ELEVEN-01391), which include a copy of 7-Eleven's

8    franchise agreement from the 2006 California Uniform Franchise Offering

9    Circular.

10          7.      Attached as Exhibit F is a true and correct copy of Defendant

11   7-Eleven, Inc.'s Responses and Objections to Plaintiff's Request for Production of

12   Documents, Set Two, which according to the proof of service were sent to William

13   B. Sullilvan, counsel for Plaintiff on August 16, 2007.

14          I declare under penalty of perjury under the laws of the United States and

15   California that the foregoing is true and correct.

16          Executed this 25th day of February, 2008, at Herndon, Virginia.

17

18                                             /s/ Eric A. Welter

19                                             Eric A. Welter

20

21

22

23

24

25

26

27

28

3

DECLARATION OF ERIC A. WELTER