PROOF OF SERVICE

(Aleksick v. 7-Eleven, Inc., et al.)

STATE OF VIRGINIA, COUNTY OF FAIRFAX

I am employed in the County of Fairfax, Commonwealth of Virginia. I am over the age of 18 and not a party to the within action. My business address is 720 Lynn Street, Suite B, Herndon, Virginia 20170.

On February 25, 2008, I served the following documents described as REPLY MEMORANDUM IN SUPPORT OF DEFENDANT 7-ELEVEN, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS and DECLARATION OF ERIC A. WELTER on all interested parties in this action as follows:

☑ (ECF) by filing the above with the Court's ECF system which accomplishes electronic service on all registered ECF users listed below and by any parties not registered for electronic service as indicated below.

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date. The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and the transmission was reported as complete and without error by the machine. Pursuant to California Rules of Court, Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☐ (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at Herndon, Virginia, in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

☐ (EXPRESS MAIL/OVERNIGHT DELIVERY) by causing a true and correct copy of the document(s) listed above to be delivered by _____ in sealed envelope(s) with all fees prepaid at the address(es) set forth below.

☐ (PERSONAL SERVICE) by causing a true and correct copy of the above documents to be hand delivered in sealed envelope(s) with all fees fully paid to the person(s) at the address(es) set forth below.

Alison M. Miceli, Esq.
SULLIVAN & CHRISTIANI, LLP
2330 Third Avenue
San Diego, CA 92101
Tel. 619-702-6760  Fax 619-702-6761

Eric C. Sohlgren, Esq.
Lindley Fraley, Esq.
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, CA 92614
Tel. 949-851-1100  Fax 949-851-1212

Paul C. Johnson, Esq.
BACALSKI, OTTOSON & Dubé LLP
402 West Broadway, 24th Floor
P.O. Box 120270
San Diego, CA 92112-0270
Tel. 619-239-4340  Fax 619-239-0116

Executed on February 25, 2008, at Herndon, Virginia.

                                                  /s/ Eric A. Welter
                                                  ERIC A. WELTER