William B. Sullivan [CSB No. 171637]
Alison M. Miceli [CSB No. 243131]
**SULLIVAN & CHRISTIANI, LLP**
2330 Third Avenue
San Diego, California 92101
(619) 702-6760 * (619) 702-6761 FAX

Attorneys for Plaintiff KIMBERLY ALEKSICK

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY ALEKSICK, individually and on behalf of other members of the general public similarly situated, | CASE NO. 08-CV-59 |
| | (CLASS ACTION) |
| Plaintiff, | CERTIFICATION OF SERVICE |
| v. | *Oral Argument Requested* |
| | *Document Electronically Filed* |
| 7-ELEVEN, INC., a Texas Corporation; MICHAEL TUCKER, an individual; and Does 1 through 50, Inclusive, | Date: March 3, 2008 |
| | Time: 8:30 a.m. |
| Defendants. | Dept: 12 |
| | Judge: Hon. Napoleon A. Jones, Jr. |

I, Alison M. Miceli, hereby certify that on February 25, 2008, the following documents were electronically filed with the Clerk of the Court on behalf of Plaintiff KIMBERLY ALEKSICK:

1. Reply Brief in support of Plaintiff's Motion to Remand to State Court; and
2. Certificate of Service.

**ORIGINAL**

1  I further certify that true and correct copies of the foregoing documents along with
2  accompanying exhibits were served via US mail upon:

Eric C. Sohlgren, Esq.
Lindley P. Fraley, Esq.
Payne & Fears, LLP
4 Park Plaza, Suite 1100
Irvine, CA 92614

Eric A. Welter, Esq.
Welter Law Firm, P.C.
720 Lynn Street, Suite B
Herndon, VA 20170

Douglas A. Dube, Esq.
Bacalski & Ottoson, LLP
402 W. Broadway, 24th Flr.
San Diego, CA 92101
Attorney for Michael Tucker

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: February 25, 2008                    SULLIVAN & CHRISTIANI, LLP

                                            *Alison M. Miceli* (signature)
                                            William B. Sullivan,
                                            Alison M. Miceli,
                                            Attorneys for Plaintiff,
                                            KIMBERLY ALEKSICK