William B. Sullivan [CSB No. 171637]
Alison M. Miceli [CSB No. 243131]
**SULLIVAN & CHRISTIANI, LLP**
2330 Third Avenue
San Diego, California 92101
(619) 702-6760 * (619) 702-6761 FAX

Attorneys for Plaintiff KIMBERLY ALEKSICK

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY ALEKSICK, individually and on behalf of other members of the general public similarly situated, | CASE NO. 08-CV-59 |
| | (CLASS ACTION) |
| Plaintiff, | CERTIFICATION OF SERVICE |
| v. | *Oral Argument Requested* |
| | *Document Electronically Filed* |
| 7-ELEVEN, INC., a Texas Corporation; MICHAEL TUCKER, an individual; and Does 1 through 50, Inclusive, | Date: March 21, 2008 |
| | Time: 9:30 a.m. |
| Defendants. | Dept: 4 |
| | Judge: Hon. William Q. Hayes |

I, Alison M. Miceli, hereby certify that on March 3, 2008, the following documents were electronically filed with the Clerk of the Court on behalf of Plaintiff KIMBERLY ALEKSICK:

1. Evidentiary Objections to the Declaration of Eric Welter; and
2. Certificate of Service.

Z Data 6329 Pldgs Certificate of Service Evid Obj wpd

**ORIGINAL**

Certification of Service

1 |      I further certify that true and correct copies of the foregoing documents along with
2 | accompanying exhibits were served via US mail upon:

          Eric C. Sohlgren, Esq.
          Lindley P. Fraley, Esq.
          Payne & Fears, LLP
          4 Park Plaza, Suite 1100
          Irvine, CA 92614

          Eric A. Welter, Esq.
          Welter Law Firm, P.C.
          720 Lynn Street, Suite B
          Herndon, VA 20170

          Douglas A. Dube, Esq.
          Bacalski & Ottoson, LLP
          402 W. Broadway, 24th Flr.
          San Diego, CA 92101
          Attorney for Michael Tucker

     I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: March 3, 2008                     **SULLIVAN & CHRISTIANI, LLP**

                                                      /s/ Alison M. Miceli
                                                     William B. Sullivan,
                                                     Alison M. Miceli,
                                                     Attorneys for Plaintiff,
                                                   KIMBERLY ALEKSICK