William B. Sullivan [CSB No. 171637]
Alison M. Miceli [CSB No. 243131]
SULLIVAN & CHRISTIANI, LLP
2330 Third Avenue
San Diego, California 92101
(619) 702-6760 * (619) 702-6761 FAX

Attorneys for Plaintiff KIMBERLY ALEKSICK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY ALEKSICK, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br>v.<br><br>7-ELEVEN, INC., a Texas Corporation; MICHAEL TUCKER, an individual; and DOES 1-50, Inclusive,<br><br>Defendants | **CASE NO.** 08-CV-59<br><br>**(CLASS ACTION)**<br><br>**PROPOSED DISCOVERY PLAN**<br><br>***Document Electronically Filed***<br><br>Date: March 18, 2008<br>Dept.: Courtroom C<br>Judge: Hon. William McCurine, Jr. |

Pursuant to Federal Rules of Civil Procedure, Rule 26(f), a telephonic meeting was held on March 11, 2008. Appearances were made by Alison M. Miceli, counsel for Plaintiff KIMBERLY ALEKSICK, Eric A. Welter, counsel for Defendant 7-ELEVEN, and Douglas A. Dube, counsel for Defendant MICHAEL TUCKER (collectively "Parties").

1. **Pre-Discovery Disclosures**

The Parties will exchange by April 4, 2008 the information required by Federal Rules of Civil Procedure, Rule 26(a)(1).

///

///

ORIGINAL

**2. Discovery Plan**

The Parties jointly propose to the Court the following discovery plan:

Discovery will be needed on the following subjects: (a) Plaintiff's claims: (b) Affirmative defenses: and (c) Damages.

Plaintiff's counsel will have lead Plaintiff Kimberly Aleksick testify as a witness at trial. Ms. Aleksick's current address is 611 Garrett Street. Brawley. California 92227. current phone number is (760) 960-0484. and will testify regarding all claims contained in the Amended Complaint and her observations of 7-Eleven's standard pay provisions.

Plaintiff's counsel will also have Defendant Michael Tucker testify as a witness at trial. Mr. Tucker's current address is 834 Hickory Ct.. Brawley. California. 92227. current phone number is (760) 693-2850. and will testify regarding allegations contained in the Amended Complaint as well as conversations which occurred between Ms. Aleksick and himself.

Plaintiff's counsel will also be calling class members (presently unknown at this time) to testify as witnesses at trial. Their testimony will concern all claims contained in the Amended Complaint and their observations of 7-Eleven's standard pay provisions.

7-Eleven's counsel expects to have the following individuals testify at trial: (1) Tom Lesser. Human Resources Manager (former Market Manager for Market 2131). 7-Eleven. Inc.. 9771 Clairemont Mesa Blvd.. Suite G. San Diego. CA 92124. (858) 715-2749. Mr. Lesser is expected to testify regarding the independent contractor franchise relationship with Michael Tucker. the general business operations of Market 2131 during the relevant time period. and his interactions with Tucker during the relevant time period: (2) Ian Hendry. Field Consultant. 7-Eleven. Inc.. 9771 Clairemont Mesa Blvd.. Suite G. San Diego. CA 92124. (858) 715-2723. Mr. Hendry is expected to testify regarding the independent contractor franchise relationship with Michael Tucker. the general business operations of his subgroup and his interactions with Tucker during the relevant time period: (3) Steve Bonnville. Franchise Sales Manager. 7-Eleven. Inc.. 330 E. Lambert Road. Suite 150. Brea. California 92821. (714) 674-4355. Mr. Bonnville is expected to testify regarding the independent contractor franchise relationship with Michael Tucker and 7-Eleven's other franchisees and can authenticate the franchise agreements between 7-Eleven and Tucker: (4) Janet Henry. Director. Field Human Resources

(former Human Resources Manager. Southwest Division). 20819 72nd Ave S.. Suite 800. Kent. WA 98032. Ms. Henry is expected to testify regarding the human resources practices in the Southwest Division: (5) Innocent Maduka. Senior Accounting Supervisor – Payroll. 7-Eleven. Inc.. Store Support Center. 1722 Routh St. Suite 1000. Dallas. Texas 75201. (972) 828-7534. Mr. Maduka is expected to testify regarding 7-Eleven's franchisee payroll practices and procedures: (6) Larry Borders. Payroll Manager. 7-Eleven. Inc.. Store Support Center. 1722 Routh St. Suite 1000. Dallas. Texas 75201. (972) 828-7083. Mr. Borders is expected to testify regarding 7-Eleven's franchisee payroll practices and procedures.

7-Eleven reserves the right to call Plaintiff's co-workers from Tucker's store to testify regarding Plaintiff's work hours and the pay practices at Tucker's store. 7-Eleven also reserves the right to call Plaintiff. Defendant Michael Tucker. and if a class is certified. other class members. to testify at trial. 7-Eleven may also call witnesses identified in discovery by all parties and any other witnesses whose testimony becomes relevant or necessary based on information developed in discovery.

Michael Tucker's counsel will have Defendant Michael Tucker. as well as Helen Rosales. Meghan Patton. and employees of Defendant 7-Eleven. Inc. whose names are not yet known. testify as witnesses at trial. Their testimony will concern all defenses to the claims contained in the Amended Complaint.

Disclosure or discovery of electronically-stored information should be handled as follows: The Parties do not foresee any issues relating to electronically-stored information at this time. If. in the future. an issue arises in this regard the Parties will address it at that time.

The Parties have agreed to an order regarding claims of privilege or of protections as trial-preparation material asserted after production. as follows: "The Parties may assert claims of privilege if they inadvertently disclose attorney-client and/or attorney work-product information during discovery." The parties request that this provision be included in the Court's scheduling order.

All discovery relating to Plaintiff's claims commenced in time anticipated to be completed by December 5. 2008. All discovery relating to Defendants' affirmative defenses commenced in time

anticipated to be completed by December 5, 2008. All non-expert discovery anticipated to be completed by December 5, 2008.

Reports from retained experts under Rule 26(a)(2) due from Plaintiff and Defendants by approximately December 5, 2008. Reports from retained experts under Rule 26(a)(2) to rebut any expert who provides a report by December 5, 2008, are due from Plaintiff and Defendants by approximately January 2, 2009. All expert depositions to be completed by February 6, 2009. All expert discovery anticipated to be completed by February 6, 2009.

Maximum of 25 interrogatories by each party to any other party. Responses due 30 days after service. Maximum of 25 requests for admissions by each party to any other party. Responses due 30 days after service. The requests for production of documents will not be limited. Responses due 30 days after service. Maximum of 10 depositions by Plaintiff and 10 depositions by each Defendant. Each deposition is limited to one (1) day for a maximum of seven (7) hours unless extended by agreement of the Parties.

Supplementations under Rule 26(e) are due within 30 days if the disclosure or response is materially incomplete or incorrect and if the additional or corrective information has not otherwise been made known to the other parties during the discovery process or in writing.

**3. Other Items**

Settlement is unlikely at this time.

The Parties do not request a conference with the Court before entry of the scheduling order.

Plaintiff and Defendants should be allowed until June 30, 2008 to join additional parties and until June 30, 2008 to amend the pleadings.

All potentially dispositive motions should be filed by approximately March 6, 2009.

The Parties request a pretrial conference in approximately May 2009.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from Plaintiff and Defendants by approximately May 1, 2009. Parties should have 28 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

///

///

This case should be ready for trial by approximately June 2009 and at this time is expected to take approximately 7-10 days.

Dated: March 18, 2008

**SULLIVAN & CHRISTIANI, LLP**

/s/ Alison M. Miceli

William B. Sullivan,
Alison M. Miceli,
Attorneys for Plaintiff,
KIMBERLY ALEKSICK