William B. Sullivan [CSB No. 171637]
Alison M. Miceli [CSB No. 243131]
**SULLIVAN & CHRISTIANI, LLP**
2330 Third Avenue
San Diego, California 92101
(619) 702-6760 * (619) 702-6761 FAX

Attorneys for Plaintiff KIMBERLY ALEKSICK

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY ALEKSICK, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>7-ELEVEN, INC., a Texas Corporation; MICHAEL TUCKER, an individual; and Does 1 through 50, Inclusive.<br><br>Defendants. | **CASE NO.** 08-CV-59<br><br>**(CLASS ACTION)**<br><br>**CERTIFICATION OF SERVICE**<br><br>***Document Electronically Filed***<br><br>Date: March 18, 2008<br>Dept: Courtroom C<br>Judge: Hon. William McCurine, Jr. |

I, Alison M. Miceli, hereby certify that on March 18, 2008, the following documents were electronically filed with the Clerk of the Court on behalf of Plaintiff KIMBERLY ALEKSICK, Defendant 7-ELEVEN, and Defendant MICHAEL TUCKER:

1. Proposed Discovery Plan; and
2. Certificate of Service.

ORIGINAL

I further certify that true and correct copies of the foregoing documents along with accompanying exhibits were served via US mail upon:

Eric C. Sohlgren, Esq.
Lindley P. Fraley, Esq.
Payne & Fears, LLP
4 Park Plaza, Suite 1100
Irvine, CA 92614

Eric A. Welter, Esq.
Welter Law Firm, P.C.
720 Lynn Street, Suite B
Herndon, VA 20170

Douglas A. Dube, Esq.
Bacalski & Ottoson, LLP
402 W. Broadway, 24th Flr.
San Diego, CA 92101
Attorney for Michael Tucker

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: March 18, 2008

**SULLIVAN & CHRISTIANI, LLP**

Alison M. Miceli

William B. Sullivan,
Alison M. Miceli,
Attorneys for Plaintiff,
KIMBERLY ALEKSICK