

**FILED**

MAY 15 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

7-ELEVEN, INC.,

        Defendant - Petitioner,

v.

KIMBERLY ALEKSICK,

        Plaintiff - Respondent.

No. 08-80052

D.C. No. 3:08-cv-00059-WQH
Southern District of California,
San Diego

ORDER

Before: THOMAS and CALLAHAN, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 1453(c) is

denied.

KS/MOATT